THIS ORDER IS APPROVED.



1  Michael W. Chen, Esquire
   Arizona Bar No. 17967
2  THE COOPER CASTLE LAW FIRM
   A Multi-Jurisdictional Law Firm
3  820 South Valley View Blvd.
   Las Vegas, NV 89107
4  (702) 435-4175/(702) 435 4181 (facsimile)
   yvette@ccfirm.com
5  Loan No. 203768932 / Our File No. 08-01-0488

Dated: July 24, 2008

_____
JAMES M. MARLAR
U.S. Bankruptcy Judge

6  Attorney for Secured Creditor
   Wells Fargo Bank, NA successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest
7  Mortgage, Inc.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

JEAN L. HAYNES,
JOHN CHARLES HAYNES

    Debtor(s)
_____

Wells Fargo Bank, NA successor by
merger to Wells Fargo Home Mortgage,
Inc. fka Norwest Mortgage, Inc.

    Movant(s)

v.

JEAN L. HAYNES
JOHN CHARLES HAYNES, Debtor(s)
Dianne Kerns, Trustee,

    Respondent(s)
_____

CHAPTER 13

BANKRUPTCY NO.: 07-02041-TUC-JMM

DATE: March 24, 2008

TIME: 11:00 a.m.

### EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER

Pursuant to an Adequate Protection Order entered on May 28, 2008, the above-referenced Debtor was obligated to make specified payments which he/she has failed to make.

The Debtor has failed to comply thereby necessitating written notice(s) of breach and default sent on July 3, 2008.

Based on the failure to cure, contractual agreement, court order and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, NA successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc., its assignees and/or successors in interest, and Secured Creditor, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale of the subject Property generally described as: 12229 N. Sora Place, Marana, AZ 85653, ("Property" herein) and legally described as follows:

> LOT 77 OF GLADDEN FARMS BLOCK 21, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 60 OF MAPS AND PLATS AT PAGE 35 THEREOF.

pursuant to applicable state law, and thereafter commence any action necessary to obtain complete possession of the subject Property.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions and binding are hereby affirmed in this Order as well.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that upon disposition of the collateral, creditor may amend said proof of claim and share in any distribution as an Unsecured Creditor from the date of the filing of the amended claim pursuant to the confirmed plan.

THE COOPER CASTLE LAW FIRM

By: _____ Date: _____
Michael W. Chen, Esq.
Attorney for Secured Creditor

GRANTED